WILLIAM J. HAMMEL et al., Appellants, *v.* CAMP RANGER, INC., Respondent.

Argued November 29, 1949; decided December 29, 1949.

*William G. Birmingham* and *Paul McDermott* for appellants.

*F. Walter Bliss, Benjamin M. Goldstein* and *Morris M. Oppenheim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.